**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 04-1849

—————

HAYWOOD M. CLAYTON; SYLVIA K. CLAYTON,

Plaintiffs - Appellants,

versus

AMERIQUEST MORTGAGE COMPANY,

Defendant - Appellee,

and

LAWRENCE S. MAITIN; MORRIS, SCHNEIDER & PRIOR,
LLC,

Defendants.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge.  (CA-02-415-1)

—————

Submitted:  November 10, 2004      Decided:  December 29, 2004

—————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Haywood M. Clayton, Sylvia K. Clayton, Appellants Pro Se.  Dena
Beth Langley, Stuart Carlen Gauffreau, NEXSEN PRUET ADAMS

KLEEMEIER, PLLC, Greensboro, North Carolina; Angel R. Gordon, MORRIS, SCHNEIDER & PRIOR, LLC, Atlanta, Georgia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Haywood M. Clayton and Sylvia K. Clayton appeal from the district court's orders granting Ameriquest Mortgage Company's motion to enforce the settlement agreement between the parties and denying the Claytons' motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clayton v. Ameriquest Mortgage Co., No. CA-02-415-1 (M.D.N.C. Apr. 5, 2004 & filed June 18, 2004; entered June 21, 2004). In light of this disposition, we deny the Claytons' motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED